THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JK GROUP, LTD., an Illinois corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MECCA ENTERPRISES, INC., a Florida corporation; and ABDALLAH NADA, an individual residing in Florida,<br><br>Defendants. | FILED: JULY 11, 2008<br>08CV3957<br>JUDGE MAROVICH<br>MAGISTRATE JUDGE MASON<br><br>Case No.: EDA |

## COMPLAINT

NOW COMES the Plaintiff, JK GROUP, LTD., ("JK GROUP") by its attorney, LAWRENCE E. THOMPSON of THE THOMPSON LAW OFFICE, P.C., and respectfully states the following as its Complaint against the Defendants, MECCA ENTERPRISES, INC., ("MECCA"); and ABDALLAH NADA ("NADA"):

### NATURE OF THE ACTION IN BRIEF

1. This is an action by JK GROUP for damages relating to defendants failure to pay for goods delivered to the defendants, and the defendants' failure to pay for the goods. The goods include t-shirts plaintiff sold to the defendants.

### PARTIES AND JURISDICTION

2. The plaintiff is a corporation incorporated under the laws of Illinois with its principal place of business in Naperville, Illinois. Defendant MECCA is a corporation incorporated under the laws of Florida with its principal place of business in Pompano Beach, Florida. Upon information and belief, Defendant NADA is a citizen of Florida.

3. The amount in controversy, without interest and costs, exceeds the sum or value specified by 28 U.S.C. § 1332.

4.  This Court has jurisdiction under 28 U.S.C. § 1332 (diversity). The Court has supplemental jurisdiction over related state law causes of action pursuant to 28 U.S.C. § 1367(a)

5.  Venue is proper pursuant to 28 U.S.C. § 1391.

### FOR GOODS SOLD AND DELIVERED

6.  The defendants owe the plaintiff $149,022.64 for goods sold and delivered by the plaintiff to the defendants from September 1, 2007 to May 30, 2008.

7.  Plaintiff has fulfilled his obligations in regard to the goods sold and delivered by the plaintiff to the defendants from September 1, 2007 to May 30, 2008.

8.  Plaintiff has demanded payment.

9.  Defendants have refused to pay.

### UNJUST ENRICHMENT

10. Plaintiff restates and realleges paragraphs 1-5 set forth above. The defendants have been unjustly enriched through their failure to pay for the valuable goods sold and delivered by the plaintiff, and voluntarily accepted by the defendants, from September 1, 2007 to May 30, 2008.

### PROMISSORY ESTOPPEL

11. Plaintiff restates and realleges paragraphs 1-5 set forth above. In reliance upon defendants promise to pay for goods, plaintiff delivered goods valued at $149,022.64 to the defendants from September 1, 2007 to May 30, 2008.

12. Plaintiff has demanded payment.

13. Defendants have refused to pay.

### QUANTUM MERUIT

14. Plaintiff restates and realleges paragraphs 1-5 set forth above. The defendants have failed to pay for valuable goods provided by the plaintiff to the defendants from September 1, 2007 to May 30, 2008, and it is unjust for defendants to fail to pay for the goods.

PRAYER FOR RELIEF

Therefore, the plaintiff demands judgment against the defendants for $149,022.64, plus interest, costs, attorney fees and any other just relief.

Respectfully submitted,

Dated: July 11, 2008                    JK GROUP, LTD.


                                        By:    /s/Lawrence E. Thompson
                                               Lawrence E. Thompson


Lawrence E. Thompson, Esq.
THE THOMPSON LAW OFFICE, P.C.
831 S. State Street
Lockport, IL 60441
ILIPCounselor@comcast.net
815.838.6033
Fax: 815.828.0661
Attorney No. 6279547