U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| JK GROUP, LTD. | FILED: JULY 11, 2008 |
| v. | 08CV3957 |
| MECCA ENTERPRISES, INC.; and ABDALLAH NADA. | JUDGE MAROVICH |
| | MAGISTRATE JUDGE MASON |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JK GROUP, LTD.

| |
|---|
| NAME (Type or print) <br> Lawrence E. Thompson |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Lawrence E. Thompson |
| FIRM <br> The Thompson Law Office, P.C. |
| STREET ADDRESS <br> 831 S. State Street |
| CITY/STATE/ZIP <br> Lockport, IL 60441 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6279547 | TELEPHONE NUMBER <br> 815-838-6033 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐