### *United States District Court for the Northern District of Illinois*

Case Number: 08CV3957          Assigned/Issued By: DAJ

Judge Name: MAROVICH          Designated Magistrate Judge: MASON

---

## FEE INFORMATION

**Amount Due:**  [✓] $350.00   [ ] $39.00   [ ] $5.00

[ ] IFP   [ ] No Fee   [ ] Other _____

[ ] $455.00

Number of Service Copies _____        Date: _____

*(For Use by Fiscal Department Only)*

Amount Paid: 350.00          Receipt #: 2928025

Date Payment Rec'd: 07/11/08          Fiscal Clerk: DAJ

---

## ISSUANCES

[✓] Summons                          [ ] Alias Summons

[ ] Third Party Summons              [ ] Lis Pendens

[ ] Non Wage Garnishment Summons     [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____

[ ] Citation to Discover Assets          _____
                                         (Victim, Against and $ Amount)
[ ] Writ _____
         (Type of Writ)

_2_ Original and _0_ copies on _07/11/08_ as to _DEF'S._____
                            (Date)

_____

_____

C:\wpwin80\docket\feeinfo.frm     03/14/05